

U.S. Department of Justice

United States Attorney
District of New Jersey

| | |
|---|---|
| 970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | *general number:* (973) 645-2700<br>*fax: (973) 645-3210* |

April 23, 2024

**Honorable ESTHER SALAS**
**Judge, United States District Court**
**King Federal Building and Courthouse**
**50 Walnut Street**
**Newark, NJ 07102**

        Re:    **United States of America**
                  **v. Anyclo International, Inc.**
                  <u>**Cr No. 23-419**</u>

**Dear Judge Esther Salas:**

    Enclosed for Your Honor's signature, please find the Application and Order for Writ of Garnishment in the above-captioned matter.

    If this Order meets with your approval, kindly sign and forward the Order along with the Writ of Garnishment, Clerk's Notice of Garnishment and Instructions to Defendant on How to Claim Exemptions to the Clerk's Office for filing.

    Thank you.

                                          Very truly yours,

                                          PHILIP R. SELLINGER
                                          UNITED STATES ATTORNEY

                                          *KELLY PARKER*

                    By:    **Kelly Parker**
                           **PARALEGAL SPECIALIST**
                           973-645-2834

JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

PHILIP R. SELLINGER
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **HON. ESTHER SALAS** |
| | *Plaintiff,* | **CR NO. 23-419** |
| v. | | |
| **ANYCLO INTERNATIONAL, INC.,** | | **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |
| | *Defendant,* | |
| and | | |
| **Dongyoun Sam Han, Esq.** **and its successors or assigns,** | | |
| | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Anyclo International, Inc. in the above cited action in the amount of $2,100,400.00, plus interest at the rate of 2.0% per annum and penalties.

The total balance due and owing as of April 23, 2024 is $2,146,325.84.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from April 23, 2024, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Anyclo International, Inc. has a substantial non-exempt interest. More specifically, the Garnishee is an attorney which is believed to have in his custody, control, or possession, property belonging to the judgment debtor, Anyclo International, Inc.

The name and address of the Garnishee or his authorized agent is:

**Dongyoun Sam Han**
SOBEL HAN & CANNON LLP
365 W. Passaic St., Suite 70
Rochelle Park, NJ 07662

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: *s/JORDAN M. ANGER*
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

IT IS, on this 29th day of April, 2024,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. ESTHER SALAS, JUDGE
UNITED STATES DISTRICT COURT